UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Josephson,<br><br>    Plaintiff,<br><br>    v.<br><br>Lamon Construction Company, Inc., et al.,<br><br>    Defendants. | No. 2:23-cv-00043-KJM-AC |
| David Josephson,<br><br>    Plaintiff,<br><br>    v.<br><br>Lamon Construction Company, Inc., et al.,<br><br>    Defendants. | No. 2:23-cv-00342-DAD-KJN<br><br>ORDER |

The parties in the actions captioned above have filed a stipulated request to consolidate those actions. The actions involve the same parties, who are represented by the same counsel, and they share similar legal claims. The parties in both actions also expect to file similar motions to remand, dismiss, and compel arbitration.

This court may consolidate two actions if the actions "involve a common question of law or fact." Fed. R. Civ. P. 42(a). These cases satisfy that standard, and consolidation will save time and effort for all involved. These actions are also related within the meaning of Local Rule 123(a).

For these reasons, the court orders as follows:

1. Case No. 2:23-cv-00342-DAD-KJN is **REASSIGNED** from United States District Judge Dale A. Drozd and United States Magistrate Judge Kendall J. Newman to Chief United States District Judge Kimberly J. Mueller and United States Magistrate Judge Allison Claire. The caption for the reassigned case is 2:23-cv-00342-KJM-AC.

2. The court **GRANTS** the parties' stipulated request to consolidate Case No. 2:23-cv-00342-KJM-AC and Case No. 2:23-cv-00043-KJM-AC for all pretrial purposes.

3. All dates and deadlines in Case No. 2:23-cv-00342-KJM-AC are **VACATED**, and the case is closed.

4. All future documents filed in the consolidated case shall be filed only in case No. 2:23-cv-00043-KJM-AC.

5. As described in the parties' stipulation, any motions to remand, dismiss, and compel arbitration shall be filed no later than **April 7, 2023** and heard no later than **May 19, 2023 at 10:00 a.m.**

IT IS SO ORDERED.

DATED: March 3, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE