1  BRANDON BROUILLETTE, ESQ. (SBN 273156)
   CHAD SAUNDERS, ESQ. (SBN 257810)
2  ZACHARY M. CROSNER, ESQ. (SBN 272295)
   CROSNER LEGAL, PC
3  9440 Santa Monica Blvd. Suite 301
   Beverly Hills, CA 90210
4  Tel. (866) 276-7637
   Fax (310) 510-6429
5  Email: bbrouillette@crosnerlegal.com
   Email: chad@crosnerlegal.com
6  Email: zach@crosnerlegal.com

7  Attorneys for Plaintiff David Josephson

8  AARON B. SILVA (SBN 245483)
   MURPHY AUSTIN ADAMS SCHOENFELD LLP
9  555 Capitol Mall, Suite 850
   Sacramento, CA 95814
10 Telephone:   (916) 446-2300
   Facsimile:   (916) 503-4000
11 Email:       asilva@murphyaustin.com

12 Attorneys for Defendant
   Lamon Construction Company, Inc.

13

14                   **UNITED STATES DISTRICT COURT**

15                   **EASTERN DISTRICT OF CALIFORNIA**

16 | DAVID JOSEPHSON, as an individual on behalf of himself and on behalf of all others similarly situated, | Case No. 2:23-cv-00043-AC |
   | --- | --- |
   | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |
   | v. | |
   | | **(Fed. R. Civ. Proc. 41(a)(1)(A)(ii))** |
   | LAMON CONSTRUCTION COMPANY, INC., a California Corporation, and DOES 1-100, inclusive, | |
   | Defendants. | |

**STIPULATION**

Plaintiff David Josephson ("Plaintiff") and Defendant Lamon Construction Company Inc. ("Defendant") (together, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties' settlement, and the Court's order approving the Parties' settlement (ECF No. 52), all claims in the Action shall be and hereby are dismissed with prejudice.

2. The Court shall retain exclusive and continuing jurisdiction over the Action and the Parties for the purpose of supervising implementation, enforcement, construction, administration, and interpretation of the Settlement Agreement.

STIPULATED AND AGREED BY:

MURPHY AUSTIN ADAMS SCHOENFELD LLP

Dated: January 21, 2025

By: /s/ Aaron B. Silva  (as authorized 01/21/25)
AARON B. SILVA
Attorneys for Defendant
Lamon Construction Company, Inc.

Dated: January 21, 2025          CROSNER LEGAL, P.C.

By: /s/ Chad Saunders
CHAD SAUNDERS
Attorneys for Plaintiff David Josephson

**[~~PROPOSED~~] ORDER**

Pursuant to the Parties' stipulation, the Court hereby Orders as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties' settlement, and the Court's order approving the Parties' settlement (ECF No. 52), all claims in the Action shall be and hereby are dismissed with prejudice.

2. The Court shall retain exclusive and continuing jurisdiction over the Action and the Parties for the purpose of supervising implementation, enforcement, construction, administration, and interpretation of the Settlement Agreement.

Dated: January 21, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE