1  BRANDON BROUILLETTE, ESQ. (SBN 273156)
   CHAD SAUNDERS, ESQ. (SBN 257810)
2  ZACHARY M. CROSNER, ESQ. (SBN 272295)
   CROSNER LEGAL, PC
3  9440 Santa Monica Blvd. Suite 301
   Beverly Hills, CA 90210
4  Tel. (866) 276-7637
   Fax (310) 510-6429
5  Email:  bbrouillette@crosnerlegal.com
   Email:  chad@crosnerlegal.com
6  Email:  zach@crosnerlegal.com

7  Attorneys for Plaintiff David Josephson

8  AARON B. SILVA (SBN 245483)
   MURPHY AUSTIN ADAMS SCHOENFELD LLP
9  555 Capitol Mall, Suite 850
   Sacramento, CA  95814
10 Telephone:      (916) 446-2300
   Facsimile:      (916) 503-4000
11 Email:          asilva@murphyaustin.com

12 Attorneys for Defendant
   Lamon Construction Company, Inc.

13

14                  **UNITED STATES DISTRICT COURT**

15                  **EASTERN DISTRICT OF CALIFORNIA**

16 DAVID JOSEPHSON, as an individual on        Case No. 2:23-cv-00043-AC
   behalf of himself and on behalf of all others
17 similarly situated,                          **STIPULATION AND [~~PROPOSED~~]
                                                ORDER TO AMEND THE PAGA**
18                  Plaintiff,                  **SETTLEMENT AGREEMENT**

19          v.

20

21 LAMON CONSTRUCTION COMPANY,
   INC., a California Corporation, and DOES 1-
22 100, inclusive,
                    Defendants.
23

24

25

26

27

28

STIPULATION AND ORDER TO AMEND THE PAGA SETTLEMENT AGREEMENT

1

## **STIPULATION**

2      Plaintiff David Josephson ("Plaintiff") and Defendant Lamon Construction Company Inc.

3  ("Defendant") (together, the "Parties"), by and through their undersigned counsel of record, hereby

4  stipulate and agree as follows:

5      1.  Pursuant to Paragraph 8 of the Parties' PAGA Settlement Agreement, Defendant has

6          elected to shorten the PAGA Period from November 14, 2021, through August 5, 2024,

7          to November 14, 2021, through July 6, 2024.

8      2.  The definition of PAGA Period in Paragraph 1.22 of the PAGA Settlement Agreement

9          is amended to read: "'PAGA Period' means the period from November 14, 2021, to July

10         6, 2024."

11     3.  No other provision of the PAGA Settlement Agreement will be affected by Defendant's

12         election to shorten the PAGA Period.

13

14  STIPULATED AND AGREED BY:

15

16                                      MURPHY AUSTIN ADAMS SCHOENFELD LLP

17  Dated: January 23, 2025

18                          By:    /s/ Aaron B. Silva  (as authorized 01/23/25)
                                   AARON B. SILVA
19                                 Attorneys for Defendant
20                                 Lamon Construction Company, Inc.

21  Dated: January 23, 2025        CROSNER LEGAL, P.C.

22                          By:    /s/ Chad Saunders
                                   CHAD SAUNDERS
23                                 Attorneys for Plaintiff David Josephson

24

25

26

27

28

1
2
3                                      **[~~PROPOSED~~] ORDER**

4          Pursuant to the Parties' stipulation, the Court hereby Orders as follows:

5      1.  Pursuant to Paragraph 8 of the Parties' PAGA Settlement Agreement, Defendant has

6          elected to shorten the PAGA Period from November 14, 2021, through August 5, 2024,

7          to November 14, 2021, through July 6, 2024.

8      2.  The definition of PAGA Period in Paragraph 1.22 of the PAGA Settlement Agreement

9          is amended to read: "'PAGA Period' means the period from November 14, 2021, to July

10         6, 2024."

11     3.  No other provision of the PAGA Settlement Agreement will be affected by Defendant's

12         election to shorten the PAGA Period.

13
14
   Dated: January 27, 2025
15
                                              _____
16                                            ALLISON CLAIRE
                                              UNITED STATES MAGISTRATE JUDGE
17
18
19
20
21
22
23
24
25
26
27
28